**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Theresa Angela Santaniello-Townsend, | No. CV-25-00583-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Arizona Healthcare Cost Containment System, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Plaintiff's Leave to Proceed In Forma Pauperis PACER Fee Exemption. (Doc. 97.) Plaintiff claims she needs free "PACER access to review filings, upload filings, monitor the docket, and comply with court orders and deadlines." (*Id.* at 2.) She also claims that paying PACER fees causes undue financial hardship. (*Id.*)

"[T]he in forma pauperis statute does not provide that a court may exempt a litigant from fees associated with PACER." *Luehring v. Los Angeles Cnty.*, No. 2:21-CV-01426-GW-SHK, 2021 WL 4533275, at *1 (C.D. Cal. Aug. 4, 2021) (citing 28 U.S.C. § 1915(a)). And so, "[i]n forma pauperis status alone does not support a request to waive PACER fees." *Katumbusi v. Gary*, No. 2:14-CV-1534 JAM AC, 2014 WL 5698816, at *4 (E.D. Cal. Oct. 30, 2014); *see also Oliva v. Brookwood Coram I, LLC*, No. 14-CV-2513 (JMA)(AYS), 2015 WL 1966357, at *1-2 (E.D.N.Y. Apr. 30, 2015) ("[A] party seeking a discretionary exemption [of PACER fees] cannot rely on his in forma pauperis status alone." (quotations and citations omitted)).

The Court is cognizant of Plaintiff's IFP status, current housing difficulties, and financial strain. However, in several instances the use of PACER is free. Parties may receive free notices of docket activity and court opinions and may access PACER for free from any federal courthouse. https://pacer.uscourts.gov/pacer-pricing-how-fees-work (last visited April 23, 2026). Plaintiff may receive one free electronic copy of all documents filed in her case. "Plaintiff's Motion does not suggest any reason why he should be exempted from payment of PACER fees other than Plaintiff's desire to avoid paying fees." *Luehring*, 2021 WL 4533275, at *2.

IT IS ORDERED DENYING Plaintiff's Motion for Leave to Proceed In Forma Pauperis Pacer Fee Exemption without prejudice. (Doc. 97.)

Dated this 24th day of April, 2026.

_____
Honorable Raner C. Collins
Senior United States District Judge

- 2 -